# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

IN RE:                                          CASE NO.: 9:15-bk-07666-FMD
                                                CHAPTER 13

Cinthia Elizabeth Pantaleon-Hardy,

  Debtor.

_____/

## PRELIMINARY RESPONSE TO DEBTOR'S MOTION TO VALUE CLAIM

    **COMES NOW,** FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Creditor"), by and through its undersigned counsel, as and for its Preliminary Response to the Debtor's Motion to Value Claim (DE # 19) and, in support thereof, states as follows:

    1.    The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on July 27, 2015.

    2.    Creditor holds a security interest in the Debtor's non-exempt real property, located at 3052 NW 96th St Miami, FL 33147, by virtue of a Mortgage which is recorded in the Public Records of Miami-Dade County, Florida in Official Record Book 26112 at Page 1847. Said Mortgage secures a Note in the amount of $225,150.00.

    3.    The aforementioned Mortgage gives Creditor a first mortgage position on the subject property.

    4    On or about November 30, 2015, Creditor filed its Proof of Claim (Claim No. 16) in this case, which claimed, among other things, principal balance totaling $209,743.41.

    5.    On or about January 21, 2016, the Debtor filed an Motion to Value (DE# 19) seeking to value the property at $84,000.00.

    6.    Creditor believes the property is worth in excess of $84,000.00 and demands an opportunity to have the property appraised.

    **WHEREFORE**, Creditor prays that a hearing on Debtor's Motion to Value Claim be scheduled no sooner than 60 days hence to afford Creditor sufficient time to have an appraisal of



15-044619 - IrK

the property performed, and for such other and further relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Preliminary Response to Debtors' Motion to Value Claim was served electronically or by U.S. mail, first-class postage prepaid, to the below mailing list on this 11th day of February, 2014.

        Respectfully Submitted,

        ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
        Attorney for Secured Creditor
        6409 Congress Ave., Suite 100
        Boca Raton, FL 33487
        Telephone: 561-241-6901
        Facsimile: 561-241-1969

        By: /s/ Iris Kwon_____
        Iris Kwon, Esquire
        Florida Bar No.: 115140
        6409 Congress Ave
        Suite 100
        Boca Raton, FL 33487
        Email: Ikwon@rasflaw.com

15-044619 - IrK

**Mailing List**

Cinthia Elizabeth Pantaleon-Hardy
608 Chiquita Blvd N.
Cape Coral, FL  33993

Edward Freire
Freire & Gonzalez
10647 N Kendall Drive
Miami, FL 33176

Laila Gonzalez
Freire & Gonzalez, P.A.
10647 North Kendall Drive
Miami, FL 33176

Jon Waage
P O Box 25001
Bradenton, FL  34206

United States Trustee - Ftm7/13, 7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL  33602

15-044619 - lrK