ORDERED.

**Dated: November 12, 2019**

Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT MYERS DIVISION**

In re:   Cinthia Elizabeth Pantaleon-Hardy          Case No.:9:15-bk-07666-FMD
                                                    Chapter 13

_____Debtor_____/

**ORDER SUSTAINING OBJECTION TO NOTICE OF**
**POSTPETITION MORTGAGE FEES AND CHARGES**

**THIS CASE,** came before the Court for consideration of Debtor's Objection to Notice Postpetition Mortgage Fees Expenses and Charges filed by U.S. Bank Trust National Association, as Trustee of Charles Series III trust, (Doc. No. 48 ). The Objection was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within 30 days of the date of service. No party filed a response within the time permitted. Accordingly, the Court considers the objection to be unopposed. Therefore, it is:

**ORDERED AND ADJUDGED:**

1. Debtor's Objection to Notice of Post Petition Mortgage Fees and Charges filed on September 25, 2019 is sustained.

2. The fees reflected in the Notice Postpetition Mortgage Fees Expenses and Charges filed by U.S. Bank Trust National Association, as Trustee of Charles Series III trust, filed on August 13, 2019 are disallowed.

###

Attorney, Laila S. Gonzalez, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

---

\* All reference to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.